

ORDERED in the Southern District of Florida on September 17, 2014.

*Laurel M. Isicoff*
Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 14-19672-LMI |
| Riverwalk Jacksonville Development, LLC, | Chapter 11 |
| Debtor. | |
| _____/ | |

**ORDER ON DEBTOR'S MOTION FOR EXTENSION**
**OF PLAN EXCLUSIVITY PERIOD PURSUANT TO 11 U.S.C. § 1121(d)**

This matter came before the Court on September 10, 2014 on the Debtor's First Motion for Extension of Plan Exclusivity Period Pursuant to 11 U.S.C. § 1121(d) [ECF 47] ("Debtor's Motion"). The Court has considered the Debtor's Motion and the filed Objection of Sabadell United Bank, N.A. [ECF 53]. Based upon the Motion and having heard the argument of counsel for the Debtor and Sabadell at the hearing, for good and sufficient cause, it is hereby

**ORDERED** that the Debtor's exclusivity period shall be continued for 60 days through October 25, 2014, without prejudice to the Debtor seeking further extension.

# # #

Submitted by:

Geoffrey S. Aaronson, Esq.
Florida Bar No.: 347623
Aaronson Schantz, P.A.
Miami Tower
100 SE 2nd Street, 27th Floor
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.424.9336
*Attorneys for Debtor*
gaaronson@aspalaw.com
tmckeown@aspalaw.com