

ORDERED in the Southern District of Florida on January 23, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                          Case No.: 14-19672-LMI

Riverwalk Jacksonville Development, LLC,        Chapter 11

            Debtor.
_____/

**ORDER CONTINUING HEARING ON DISCLOSURE**
**STATEMENT AND EXTENDING EXCLUSIVITY PERIOD**

THIS MATTER came before the Court on the motion of Riverwalk Jacksonville Development, LLC, Debtor and Debtor-in-Possession (hereafter "RJD" or "Debtor") to continue the hearing on acceptance of the Debtor's Disclosure Statement and to extend the Debtor's exclusive solicitation period (this "Motion") [ECF 86], and based upon the Motion, argument of counsel, and for the reasons stated on the record, it is therefore

ORDERED AND ADJUDGED as follows:

1. Hearing upon the Debtor's Disclosure Statement under 11 U.S.C. § 1125 shall be continued to March 18, 2015 at 2:30 p.m. at United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 817/Courtroom 8, Miami, FL 33128. The Debtor's exclusivity period to obtain acceptances to its Plan of Reorganization shall be extended for 60 days after the continued Disclosure Statement hearing date.

2. The Debtor shall file its Amended Plan and Disclosure Statement no later than three days prior to the continued Disclosure Statement hearing date.

###

Submitted by:
Geoffrey S Aaronson, Esq.
Florida Bar No. 349623
Miami Tower
100 S.E. 2nd Street, Floor 27
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.424.9336
Email gaaronson@aspalaw.com
*Attorney for Debtor*