

**ORDERED in the Southern District of Florida on March 19, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Riverwalk Jacksonville          Case No.   14-19672-BKC-LMI
Development, LLC          Chapter 11


_____ Debtor _____/

## ORDER (I) APPROVING DISCLOSURE STATEMENT;
## (II) SETTING HEARING ON CONFIRMATION OF AMENDED PLAN;
## (III) SETTING HEARING ON FEE APPLICATIONS;
## (IV) SETTING VARIOUS DEADLINES; AND
## (V) DESCRIBING PLAN PROPONENT'S OBLIGATIONS

CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS

May 28, 2015 at 10:00 a.m.

LOCATION:
United States Bankruptcy Court
301 N Miami Ave., Courtroom 8
Miami, FL   33128

PROPONENT'S DEADLINE FOR SERVING THIS ORDER,
DISCLOSURE STATEMENT, AMENDED PLAN, AND BALLOT:

April 18, 2015

DEADLINE FOR OBJECTIONS TO CLAIMS:

April 18, 2015

LF-32B (rev. 12/01/09)

DEADLINE FOR FEE APPLICATIONS:

May 7, 2015

PROPONENT'S DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS:

May 14, 2015

DEADLINE FOR OBJECTIONS TO CONFIRMATION:

May 14, 2015

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING AMENDED PLAN:

N/A

PROPONENT'S DEADLINE FOR FILING
PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT:

May 22, 2015

DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING
PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":

May 22, 2015

The court conducted a hearing on   March 18, 2015 to consider approval of the disclosure statement filed by Riverwalk Jacksonville Development, LLC (the "plan proponent").   The court finds that the disclosure statement (as amended, if amendments were announced by the plan proponent or required by the court at the hearing) contains "adequate information" regarding the amended plan in accordance with 11 U.S.C. §1125(a). Therefore, pursuant to 11 U.S.C. §1125(b) and Bankruptcy Rule 30l7(b), the disclosure statement is approved.

This order sets a hearing to consider confirmation of the amended plan ("confirmation hearing"), a hearing on fee applications and sets forth the deadlines and requirements relating to confirmation provided in the Bankruptcy Code, Bankruptcy Rules and Local Rules of this court.

## 1.    HEARING TO CONSIDER CONFIRMATION OF AMENDED PLAN

The court has set a hearing to consider confirmation of the amended plan for the

date and time indicated above as "CONFIRMATION HEARING". The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

      **2.**      **DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS**

The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FEE APPLICATIONS". All prospective applicants for compensation, including attorneys, accountants and other professionals, shall file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through confirmation. At or prior to confirmation, applicants must file a supplement with documentation supporting the estimated time and costs. Fee applications shall be timely filed with the court and served (with all exhibits, including documentation of estimated time) on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or Examiner that has been appointed; and (v) the U.S. Trustee.

Fee applications will be set for hearing together with the confirmation hearing. The plan proponent shall serve notice of all fee applications pursuant to paragraph 6 below. The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

      **3.**      **DEADLINE FOR OBJECTIONS TO CONFIRMATION**

The last day for filing and serving objections to confirmation of the amended plan is indicated above as "DEADLINE FOR OBJECTIONS TO CONFIRMATION". Objections to confirmation shall be filed with the court and served on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any

chapter 11 trustee or examiner that has been appointed; and (v) the U.S. Trustee.

### 4.    DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING AMENDED PLAN

The last day for filing a ballot accepting or rejecting the amended plan is indicated above as "DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING AMENDED PLAN".  All parties entitled to vote should receive a ballot from the plan proponent by U.S. Mail pursuant to paragraph 6(A) of this order.   If you receive a ballot but your entire claim has been objected to, you will <u>not</u> have the right to vote until the objection is resolved, unless you request an order under Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

### 5.    DEADLINE FOR OBJECTIONS TO CLAIMS

The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR OBJECTIONS TO CLAIMS".    All objections to claims must be filed before this date unless the deadline is extended by further order.

### 6.    PLAN PROPONENT'S OBLIGATIONS

**(A)**    On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING THIS ORDER, DISCLOSURE STATEMENT, AMENDED PLAN, AND BALLOT" the plan proponent shall serve a copy of this order, the approved disclosure statement (with all amendments, if amendments   were announced by the plan proponent or required by the court at the disclosure hearing), and the amended plan on all creditors, all equity security holders, and all other parties in interest, as required by the Bankruptcy Rules (including those entities as described in Bankruptcy Rule 3017(f)) and the Local Rules, including those listed on a "Master Service List" required to be filed pursuant to

Local Rules 2002-1(H).  At the time of serving this order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan", customized as required by Local Rule 3018-1 shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the amended plan.  The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(B)**    On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS", the plan proponent shall serve a notice of hearing of all fee applications, identifying each applicant and the amounts requested.   The notice shall be served on all creditors, all equity security holders, and all other parties in interest as required by the Bankruptcy and Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H). The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(C)**    On or before 5:00 p.m. on the date indicated above as "PROPONENT'S DEADLINE FOR FILING PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT", the plan proponent shall file with the court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit".  The "Confirmation Affidavit" shall set forth the facts upon which the plan proponent relies to establish that each of the requirements of 11 U.S.C. §1129 are satisfied.  The "Confirmation Affidavit" should be prepared so that by reading it, the court can easily understand the significant terms of the amended plan and other material facts relating to confirmation of the amended plan.   The individual executing the "Confirmation Affidavit"

shall be present at the confirmation hearing.

If the plan proponent does not timely comply with any of the requirements of this order, the court may impose sanctions at the confirmation hearing without further notice including dismissal, conversion of the case to chapter 7, or the striking of the amended plan.   The court will also consider dismissal or conversion at the confirmation hearing at the request of any party or on the court's own motion.

**7.**      [If debtor is an individual] the debtor shall file, on or before the date indicated above, the Local Form "Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns".

**###**

Copies furnished to:

Geoffrey S. Aaronson, Esq.