UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

IN RE:                                                    CASE NO:  14-19672-LMI
                                                          Chapter 11
RIVERWALK JACKSONVILLE
DEVELOPMENT, LLC

Debtor.

_____/

## SABADELL UNITED BANK N.A.'S OBJECTION TO CONFIRMATION OF DEBTOR IN POSSESSION'S AMENDED PLAN OF REORGANIZATION

Sabadell United Bank, N.A. ("Sabadell") by and through undersigned counsel, and pursuant to 11 U.S.C. §1126, Rule 3018, Fed R. Bankr. P. and Local Rule 3018-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida, objects to confirmation of the Amended Plan of Reorganization (Doc 97) filed by Debtor-in-Possession, Riverwalk Jacksonville Development, LLC ("Debtor"), on the following grounds:

1.      Sabadell holds a secured creditor with a mortgage on is Although the Debtor's Amended Plan of Reorganization ("Plan) indicates that the Debtor seeks to sell unencumbered property, a portion of the Sale Parcel is actually encumbered by Sabadell's mortgage.

2.      Aa a result, Sabadell's claim, the only claim in Class 3 under the Debtor's Plan, is impaired as defined under 11 U.S.C. §1124. Sabadell has rejected the Debtors' Plan.

3.      The Debtor has not sought cram down under 11 U.S.C. §1129(b), and no confirmation could be obtained by "cram down" in any event as no class of impaired claims has accepted the Plan.

4.      Additionally, the Plan is not fair and equitable to Sabadell as the Plan provides for

101042217.1

none of the remedies set forth in 11 U.S.C. §1129((b)(2)(A).

WHEREFORE, Sabadell, respectfully requests that this Court enter an order denying confirmation of the Debtor's Amended Plan of Reorganization, terminating exclusivity under §1121, and providing such further relief as may be just and proper.

## CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rules 2090-1(A) and 9011-4(A)(1).

**CARLTON FIELDS JORDEN BURT, P.A.**
*Counsel for Sabadell United Bank, N.A.*

*/s/ Niall T. McLachlan*
Niall T. McLachlan, Esq.
Florida Bar No. 59552
100 SE 2nd Street, Suite 4200
Miami, FL 33131
Telephone:  305-530-0050
Facsimile:  305-530-0055
Primary Email: nmclachlan@cfjblaw.com
Secondary Email: cguzman@cfjblaw.com;
miaecf@cfdom.net

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 14th day of May, 2015 via the Court's CM/ECF system thereby serving the following:

- Geoffrey S. Aaronson    gaaronson@aspalaw.com, jevans@aspalaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Tamara D McKeown    tdmckeown@mckeownpa.com
- Brian P Yates byates@gsarlaw.com, mmanganelly@gsarlaw.com; amfambrini@gsarlaw.com

101042217.1                                          2

3

     I HEREBY FURTHER CERTIFY that a true and correct copy of the foregoing has been served via US Mail to the following on this 14th day of May, 2015:

Riverwalk Jacksonville Development, LLC
Debtor
200 S.E. 1st Street, Suite 700
Miami, FL 33131

By: /s/ Niall T. McLachlan

3